UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff(s),

    v.

GABRIEL CANEDO, individually and dba LARA'S BAR,

    Defendant(s).

_____/

No. C 09-01488 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed Magistrate Judge Larson's Report and Recommendation Re: plaintiff's motion for default judgment. No objections have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect, including the finding that enhanced statutory damages are not warranted. Accordingly, the motion is GRANTED.

Although in its complaint, plaintiff sought all manner of relief including damages, injunctive relief, declaratory relief, restitution, attorney's fees and costs, in its motion it moves for judgment only on the question of damages and attorneys fees and costs. The entirety of its motion is, however, devoted to its argument in support of an award of enhanced statutory damages and there is no argument or even a suggestion as to the amount of fees and costs that are sought. It is undoubtedly this omission that prompted Judge Larson to order on September 14, 2009, that plaintiff file a declaration justifying its request for attorney's fees and costs. No declaration has been filed, and the court concludes that the request has been abandoned. By separate filing, judgment is entered in the amount recommended by Judge Larson, representing unenhanced statutory damages for one violation.

IT IS SO ORDERED.

Dated: December 1, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge