UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff(s),

    v.

GABRIEL CANEDO, individually and dba LARA'S BAR,

    Defendant(s).
_____/

No. C 09-1488 PJH

**JUDGMENT**

    This action came before the court and the court having granted plaintiff's motion for default judgment

    it is Ordered and Adjudged

    that plaintiff recover from defendants the amount of **$1,200.00** and costs as permitted by law.

    IT IS SO ORDERED.

Dated: December 1, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge